UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

------------------------------------------------------------------x

FENG SHAN HAN,

                           Plaintiff,        Case No. 24-cv-00654 (LMB) (IDD)

        v.

MAY DYNASTY LLC
    d/b/a Crazy Dumpling and
QUN SHEN,

                           Defendants.

------------------------------------------------------------------x

**NOTICE OF HEARING**

Please take notice that on Friday, December 6, 2024, at 10:00 AM, or as soon thereafter as counsel can be heard, Plaintiff will present to the Court the Motion for Default.

Dated: November 8, 2024
       Flushing, New York

                                                               TROY LAW, PLLC

                                                               */s/ Aaron B. Schweitzer*
                                                               Aaron B. Schweitzer
                                                               *Attorney for Plaintiff*

To: via ECF
    all counsel of record
    /asb