UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

------------------------------------------------------------x

FENG SHAN HAN,  
*on behalf of himself and others similarly situated,*  
                                 Plaintiff,

Case No. 24-cv-00654

v.

MAY DYNASTY LLC  
    d/b/a Crazy Dumpling and  
QUN SHEN,  
                                 Defendants.

------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT QUN SHEN'S COUNTERCLAIMS AGAINST PLAINTIFF FENG SHAN HAN

**IT IS HEREBY STIPULATED AND AGREED**, by undersigned counsel on behalf of all parties, that Defendant-Counterclaim Plaintiff Qun Shen's counterclaims for (1) breach of written contract and (2) breach of oral contract against Plaintiff-Counterclaim Defendant Feng Shan Han in the above titled action are voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c).

**IT IS FURTHER STIPULATED AND AGREED** that Defendant-Counterclaim Plaintiff Qun Shen has not previously dismissed any federal or state-court action against Plaintiff-Counterclaim Defendant Feng Shan Han based on or including the same claims.

Dated: December 31, 2024  
Flushing, NY

December 31, 2024  
Richmond, VA

/s/ Aaron B. Schweitzer  
Aaron B. Schweitzer  
TROY LAW, PLLC  
41-25 Kissena Boulevard  
Suite 110  
Flushing, NY 11355  
(718) 762-1324

/s/ Aaron D. Siegrist  
Aaron D. Siegrist  
PIERCE JEWETT, PLLC  
1111 East Main Street  
Suite P120  
Richmond, VA 23219  
(804) 956-7260

So Ordered

/s/ *[signature]*  
Leonie M. Brinkema  
United States District Judge  
1/2/25