**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

June 27, 2025

<u>**Via ECF**</u>
Hon. Leonie M. Brikena, U.S.D.J.
United States District Court
Eastern District of Virginia, Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

      Re:    **Joint Status Report and Request for Two Weeks to Submit Settlement Agreement**
             *Han et al v. May Dynasty LLC et al;* 1:24-00654 (V.A.E.D.)

Your Honor,

      I represent Plaintiff Feng Shan Han, in the above referenced case. I write jointly with Counsel for Defendants to respectfully report that the parties have finalized the Settlement Agreement and are currently awaiting the parties' respective execution of the agreement and the confessions of judgment. The parties are currently working on the joint motion for settlement approval.

      As such, the parties respectfully request a two-week extension from **June 27, 2025** to **July 11, 2025** to submit the Joint Motion for Settlement Approval.

      We thank the court for their time and consideration.

                                                  Respectfully submitted,
                                                  TROY LAW, PLLC

                                                  */s/ Aaron Schweitzer*
                                                  Aaron Schweitzer
                                                  *Attorney for Plaintiff*

AS/mh

So Ordered

/s/
Leonie M. Brinkema
United States District Judge   6/30/25