UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

------------------------------------------------------------x

FENG SHAN HAN,

                      Plaintiff,        Case No. 24-cv-00654 (LMB) (IDD)

         v.

MAY DYNASTY LLC
    d/b/a Crazy Dumpling and
QUN SHEN,

                      Defendants.

------------------------------------------------------------x

## ORDER APPROVING SETTLEMENT

After a review of the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice and the Settlement Agreement and Release ("Settlement Agreement") the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); 29 U.S.C. § 216.

It is therefore this 10th day of July, 2025 Ordered and Adjudged as Follows:

1. The Settlement Agreement is APPROVED in its entirety; and

2. The parties shall file a Stipulation of Dismissal upon the full satisfaction of the payment amount within 30 days of the entry of this order.

/s/ [signature]
Leonie M. Brinkema
United States District Judge